IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM H. SORRELL, in his official capacity as the Attorney General of Vermont; et. al; <br><br> Plaintiffs, <br><br> vs. <br><br> CONAGRA FOODS, INC., <br><br> Defendant. | 4:16CV3053 <br><br> ORDER |

For the reasons stated on the record, (Filing No. 24),

IT IS ORDERED:

1) Plaintiffs' motion to transfer, (Filing No. 5), is granted; and

2) Plaintiffs' motion to compel, (Filing No. 1), will not be ruled on by this court. Instead, it is transferred to the United States District Court for the District of Vermont for determination by that forum.

3) The clerk shall close the case in this district.

June 9, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge